UNITED STATES of America,
Plaintiff–Appellee,

v.

Thomas Nicholas MARTIN,
Defendant–Appellant.

No. 07–15016
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 28, 2008.

Michael Donaldson, Orlando, FL, for Defendant–Appellant.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before ANDERSON, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Michael Donaldson, appointed counsel for Thomas Martin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Martin's convictions and sentences are **AFFIRMED.**